**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BRITTEN G. SMITH, #156247**                                                          **PLAINTIFF**

**v.**                                                                                **CAUSE NO. 1:17-cv-170-LG-RHW**

**MIKE HAULER, et al.**                                                                **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS DEFENDANT STEVEN STIELER

This matter comes before the Court on Plaintiff's Response [13] filed August 21, 2017, as directed by the Court's Order [12] filed August 10, 2017. That Order [12] directed Plaintiff to state if he wished to continue this civil action against Defendant Stieler. (Order [12] at 2). Plaintiff states in his Response [13] that "I wish not to continue [this] civil lawsuit against officer Steven Stieler." (Pl.'s Resp. [13] at 5). The Court therefore construes Plaintiff's statement as a request to voluntarily dismiss Defendant Steven Stieler.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Steven Stieler are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 23rd day of August, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE